UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYSON GLOBAL, INC. and<br>DORIS CHENG,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Court No. 23- 00201<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>SUMMONS</u>**

TO: The Above-Named Defendants:

You are hereby summoned and required to serve upon plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                          /s/ Mario Toscano
                                          Clerk of the Court

                                          /s/ STEPHEN C. TOSINI
                                          SENIOR TRIAL COUNSEL
                                          UNITED STATES DEPARTMENT OF JUSTICE
                                          CIVIL DIVISION
                                          PO BOX 480 BEN FRANKLIN STATION
                                          Washington, D.C. 20044
                                          Email: stephen.tosini@usdoj.gov
                                          Tel: (202) 616-5196

                                          _____
                                          Name, Address and Telephone Number of Plaintiff's Attorney