| Entry Number | Entry Date | Entered Value | 9903 Classification Entered Rate | 9903 Duties that Should Have Been Paid | Entered Rate | 001 Duties that Should Have Been Paid | Paid 001 Duties | Other Taxes/Fees | Domestic Value | Correct Deposit Rate | ADD Due | Potential Loss of Revenue | Actual Loss of Revenue | Total Loss of Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR7-02223804 | 9/26/2018 | $20,070.00 | 10.00% | $2,007.00 | 6.0% | $1,204.20 | $0.00 | $94.61 | $70,441.97 | 234.51% | $47,066.16 | | $50,277.36 | $50,277.36 |
| HR7-02224224 | 10/12/2018 | $20,580.00 | 10.00% | $2,058.00 | 6.0% | $1,234.80 | $0.00 | $97.02 | $72,231.98 | 234.51% | $48,262.16 | | $51,554.96 | $51,554.96 |
| HR7-02225189 | 10/24/2018 | $20,396.00 | 10.00% | $2,039.60 | 6.0% | $1,223.76 | $0.00 | $96.15 | $71,586.17 | 234.51% | $47,830.66 | | $51,094.02 | $51,094.02 |
| HR7-02225171 | 10/24/2018 | $21,076.00 | 10.00% | $2,107.60 | 6.0% | $1,264.56 | $0.00 | $99.36 | $73,972.85 | 234.51% | $49,425.33 | | $52,797.49 | $52,797.49 |
| HR7-02226898 | 11/7/2018 | $19,635.00 | 10.00% | $1,963.50 | 6.0% | $1,178.10 | $0.00 | $92.56 | $68,915.20 | 234.51% | $46,046.04 | $49,187.64 | | $49,187.64 |
| HR7-02228415 | 11/28/2018 | $21,803.00 | 10.00% | $2,180.30 | 6.0% | $1,308.18 | $0.00 | $102.78 | $76,524.48 | 234.51% | $51,130.22 | $54,618.70 | | $54,618.70 |
| HR7-02229587 | 12/14/2018 | $19,968.00 | 10.00% | $1,996.80 | 6.0% | $1,198.08 | $0.00 | $94.13 | $70,083.97 | 234.51% | $46,826.96 | $50,021.84 | | $50,021.84 |
| HR7-02229579 | 12/14/2018 | $19,781.00 | 10.00% | $1,978.10 | 6.0% | $1,186.86 | $0.00 | $93.25 | $69,427.63 | 234.51% | $46,388.42 | $49,553.38 | | $49,553.38 |
| HR7-02229595 | 12/14/2018 | $21,106.00 | 10.00% | $2,110.60 | 6.0% | $1,266.36 | $0.00 | $99.49 | $74,078.13 | 234.51% | $49,495.68 | $52,872.64 | | $52,872.64 |
| HR7-02230239 | 12/20/2018 | $19,481.00 | 10.00% | $1,948.10 | 6.0% | $1,168.86 | $0.00 | $91.83 | $68,374.68 | 234.51% | $45,684.89 | $48,801.85 | | $48,801.85 |
| HR7-02230916 | 12/27/2018 | $20,800.00 | 10.00% | $2,080.00 | 6.0% | $1,248.00 | $0.00 | $98.05 | $73,004.13 | 234.51% | $48,778.08 | $52,106.08 | | $52,106.08 |
| HR7-02230908 | 12/27/2018 | $20,598.00 | 10.00% | $2,059.80 | 6.0% | $1,235.88 | $0.00 | $97.10 | $72,295.15 | 234.51% | $48,304.37 | $51,600.05 | | $51,600.05 |
| HR7-02231468 | 1/5/2019 | $21,697.00 | 10.00% | $2,169.70 | 6.0% | $1,301.82 | $0.00 | $102.28 | $76,152.43 | 234.51% | $50,881.63 | $54,353.15 | | $54,353.15 |
| HR7-02232193 | 1/13/2019 | $20,219.00 | 10.00% | $2,021.90 | 6.0% | $1,213.14 | $0.00 | $95.31 | $70,964.93 | 234.51% | $47,415.58 | $50,650.62 | | $50,650.62 |
| HR7-02232557 | 1/24/2019 | $21,848.00 | 10.00% | $2,184.80 | 6.0% | $1,310.88 | $0.00 | $102.99 | $76,682.41 | 234.51% | $51,235.74 | $54,731.42 | | $54,731.42 |
| HR7-02232565 | 1/24/2019 | $21,536.00 | 10.00% | $2,153.60 | 6.0% | $1,292.16 | $0.00 | $101.52 | $75,587.35 | 234.51% | $50,504.07 | $53,949.83 | | $53,949.83 |
| HR7-02234827 | 2/8/2019 | $20,636.00 | 10.00% | $2,063.60 | 6.0% | $1,238.16 | $0.00 | $97.28 | $72,428.52 | 234.51% | $48,393.48 | $51,695.24 | | $51,695.24 |
| HR7-02234801 | 2/15/2019 | $22,000.00 | 10.00% | $2,200.00 | 6.0% | $1,320.00 | $0.00 | $103.71 | $77,215.91 | 234.51% | $51,592.20 | $55,112.20 | | $55,112.20 |
| HR7-02234793 | 2/15/2019 | $21,157.00 | 10.00% | $2,115.70 | 6.0% | $1,269.42 | $0.00 | $99.74 | $74,257.14 | 234.51% | $49,615.28 | $53,000.40 | | $53,000.40 |
| HR7-02234819 | 2/15/2019 | $20,486.00 | 10.00% | $2,048.60 | 6.0% | $1,229.16 | $0.00 | $96.57 | $71,902.05 | 234.51% | $48,041.72 | $51,319.48 | | $51,319.48 |
| HR7-02236053 | 3/6/2019 | $21,814.00 | 10.00% | $2,181.40 | 6.0% | $1,308.84 | $0.00 | $102.83 | $76,563.08 | 234.51% | $51,156.01 | $54,646.25 | | $54,646.25 |
| HR7-02236046 | 3/6/2019 | $22,302.00 | 10.00% | $2,230.20 | 6.0% | $1,338.12 | $0.00 | $105.13 | $78,275.87 | 234.51% | $52,300.42 | $55,868.74 | | $55,868.74 |
| HR7-02237671 | 4/11/2019 | $22,622.00 | 10.00% | $2,262.20 | 6.0% | $1,357.32 | $0.00 | $106.64 | $79,399.01 | 234.51% | $53,050.85 | $56,670.37 | | $56,670.37 |
| HR7-02239008 | 5/1/2019 | $12,930.00 | 10.00% | $1,293.00 | 6.0% | $775.80 | $0.00 | $60.95 | $45,381.89 | 234.51% | $30,322.14 | $32,390.94 | | $32,390.94 |
| HR7-02238935 | 5/1/2019 | $20,551.00 | 10.00% | $2,055.10 | 6.0% | $1,233.06 | $0.00 | $96.88 | $72,130.19 | 234.51% | $48,194.15 | $51,482.31 | | $51,482.31 |
| HR7-02239016 | 5/1/2019 | $20,185.00 | 10.00% | $2,018.50 | 6.0% | $1,211.10 | $0.00 | $95.15 | $70,845.59 | 234.51% | $47,335.84 | $50,565.44 | | $50,565.44 |
| HR7-02239750 | 5/17/2019 | $21,301.00 | 25.00% | $5,325.25 | 6.0% | $1,278.06 | $0.00 | $100.42 | $77,957.71 | 234.51% | $49,952.98 | $56,556.29 | | $56,556.29 |

| Entry Number | Entry Date | Entered Value | 9903 Classification Entered Rate | 9903 Duties that Should Have Been Paid | Entered Rate | 001 Duties that Should Have Been Paid | Paid 001 Duties | Other Taxes/Fees | Domestic Value | Correct Deposit Rate | ADD Due | Potential Loss of Revenue | Actual Loss of Revenue | Total Loss of Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR7-02240691 | 5/21/2019 | $19,910.00 | 25.00% | $4,977.50 | 6.0% | $1,194.60 | $0.00 | $93.86 | $72,866.90 | 234.51% | $46,690.94 | $52,863.04 | | $52,863.04 |
| HR7-02242127 | 6/9/2019 | $20,877.00 | 25.00% | $5,219.25 | 6.0% | $1,252.62 | $0.00 | $98.42 | $76,405.94 | 234.51% | $48,958.65 | $55,430.52 | | $55,430.52 |
| HR7-02242119 | 6/9/2019 | $20,072.00 | 25.00% | $5,018.00 | 6.0% | $1,204.32 | $0.00 | $94.62 | $73,459.79 | 234.51% | $47,070.85 | $53,293.17 | | $53,293.17 |
| HR7-02243018 | 6/26/2019 | $21,475.00 | 25.00% | $5,368.75 | 6.0% | $1,288.50 | $0.00 | $101.23 | $78,594.50 | 234.51% | $50,361.02 | $57,018.27 | | $57,018.27 |
| HR7-02243240 | 7/3/2019 | $21,831.00 | 25.00% | $5,457.75 | 6.0% | $1,309.86 | $0.00 | $102.91 | $79,897.40 | 234.51% | $51,195.88 | $57,963.49 | | $57,963.49 |
| HR7-02242531 | 7/10/2019 | $16,441.00 | 25.00% | $4,110.25 | 6.0% | $986.46 | $0.00 | $77.50 | $60,171.00 | 234.51% | $38,555.79 | $43,652.50 | | $43,652.50 |
| HR7-02243182 | 7/18/2019 | $21,570.00 | 25.00% | $5,392.50 | 6.0% | $1,294.20 | $0.00 | $101.68 | $78,942.19 | 234.51% | $50,583.81 | $57,270.51 | | $57,270.51 |
| HR7-02243885 | 8/7/2019 | $20,891.00 | 25.00% | $5,222.75 | 6.0% | $1,253.46 | $0.00 | $98.48 | $76,457.17 | 234.51% | $48,991.48 | $55,467.69 | | $55,467.69 |
| HR7-02244529 | 8/15/2019 | $18,358.00 | 25.00% | $4,589.50 | 6.0% | $1,101.48 | $0.00 | $86.54 | $67,186.87 | 234.51% | $43,051.35 | $48,742.33 | | $48,742.33 |
| HR7-02244909 | 8/28/2019 | $21,887.00 | 25.00% | $5,471.75 | 6.0% | $1,313.22 | $0.00 | $103.18 | $80,102.35 | 234.51% | $51,327.20 | $58,112.17 | | $58,112.17 |
| HR7-02244891 | 8/28/2019 | $21,571.00 | 25.00% | $5,392.75 | 6.0% | $1,294.26 | $0.00 | $101.68 | $78,945.84 | 234.51% | $50,586.15 | $57,273.16 | | $57,273.16 |
| HR7-02245773 | 9/13/2019 | $21,943.00 | 25.00% | $5,485.75 | 6.0% | $1,316.58 | $0.00 | $103.44 | $80,307.30 | 234.51% | $51,458.53 | $58,260.86 | | $58,260.86 |
| HR702246490 | 9/25/2019 | $20,216.00 | 25.00% | $5,054.00 | 6.0% | $1,212.96 | $0.00 | $95.30 | $73,986.80 | 234.51% | $47,408.54 | $53,675.50 | | $53,675.50 |
| HR702246508 | 9/25/2019 | $18,316.00 | 25.00% | $4,579.00 | 6.0% | $1,098.96 | $0.00 | $86.35 | $67,033.16 | 234.51% | $42,952.85 | $48,630.81 | | $48,630.81 |
| HR702248157 | 10/25/2019 | $20,893.00 | 25.00% | $5,223.25 | 6.0% | $1,253.58 | $0.00 | $98.49 | $76,464.49 | 234.51% | $48,996.17 | $55,473.00 | | $55,473.00 |
| HR702248165 | 10/25/2019 | $20,953.00 | 25.00% | $5,238.25 | 6.0% | $1,257.18 | $0.00 | $98.77 | $76,684.08 | 234.51% | $49,136.88 | $55,632.31 | | $55,632.31 |
| HR702246755 | 11/4/2019 | $21,216.00 | 25.00% | $5,304.00 | 6.0% | $1,272.96 | $0.00 | $100.01 | $77,646.61 | 234.51% | $49,753.64 | $56,330.60 | | $56,330.60 |
| HR702247779 | 11/4/2019 | $19,338.00 | 25.00% | $4,834.50 | 6.0% | $1,160.28 | $0.00 | $91.16 | $70,773.48 | 234.51% | $45,349.54 | $51,344.32 | | $51,344.32 |
| HR702248660 | 11/8/2019 | $21,586.00 | 25.00% | $5,396.50 | 6.0% | $1,295.16 | $0.00 | $101.75 | $79,000.74 | 234.51% | $50,621.33 | $57,312.99 | | $57,312.99 |
| | | **$945,922.00** | | **$156,188.95** | | **$56,755.32** | **$0.00** | **$4,459.10** | **$3,381,607.03** | | **$2,218,281.68** | **$2,225,502.10** | **$783,032.02** | **$2,431,225.93** |