UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES**,<br><br>        Plaintiff,<br><br>   v.<br><br>**RAYSON GLOBAL, INC.** and **DORIS CHENG**,<br><br>        Defendants. | Before: Timothy C. Stanceu, Judge<br><br>Court No. 23-00201 |

**ORDER**

Before the court is the out-of-time motion of defendants, Rayson Global, Inc. and Doris Cheng, for a third extension of time to file an answer to the amended complaint in this action. Defs.' Consent Mot. for a Third Extension of Time to File Pleadings (Out of Time) (May 22, 2024), ECF No. 13. For the reasons set forth below, the court denies the motion and orders the entry of defendants' default.

Plaintiff United States filed its amended complaint on September 22, 2023. Am. Compl., ECF No. 4. Since then, the court, upon defendants' motions and with plaintiff's consent, twice has extended the time for defendants' filing of an answer. Order (Jan. 23, 2024), ECF No. 10; Order (Mar. 26, 2024), ECF No. 12. Each of these motions was filed out of time, defendants having explained that the delay was due to serious health issues affecting the ability of their counsel, a solo practitioner, to accomplish the filings within the allotted time period.

In contrast to the past motions, the instant motion does not identify an extraordinary or unforeseen circumstance that would have prevented defendants' counsel from timely filing defendants' answer to the amended complaint or, in the alternative, a motion for a third enlargement of time. USCIT Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The submissions in this action establish defendants' failure to file the answer within the time period the court has allowed.

Therefore, upon consideration of defendants' third motion for an enlargement of time, pursuant to USCIT Rule 55(a), and upon due deliberation, it is hereby

**ORDERED** that Defendants' Consent Motion for a Third Extension of Time to File Pleadings (Out of Time) (May 22, 2024), ECF No. 13, be, and hereby is, denied; and it is further

**ORDERED** that the Clerk of the Court shall enter defendants' default in this action.

                                                     _____/s/ **Timothy C. Stanceu**_____
                                                     Timothy C. Stanceu, Judge

Dated: May 23, 2024
      New York, New York