## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>                            Plaintiff,<br><br>     v.<br><br>RAYSON GLOBAL, INC. and<br>DORIS CHENG,<br><br>                            Defendants. | **Before: Timothy C. Stanceu, Judge**<br><br>**Court No. 23-00201** |

### ENTRY OF DEFAULT

Based upon the failure of defendants, Rayson Global, Inc. and Doris Cheng, to file the answer to the amended complaint in the above captioned action within the time period allowed by this Court, pursuant to Rule 55(a) and the Court's Order issued on May 23, 2024, it is hereby

**ORDERED** that default is entered against defendants Rayson Global, Inc. and Doris Cheng.

Clerk, U.S. Court of International Trade
By:   /s/ Lewis Hugh
        Deputy Clerk

Dated: May 23, 2024
        New York, New York