UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES,**<br><br>                          Plaintiff,<br><br>              v.<br><br>**RAYSON GLOBAL, INC. AND DORIS CHENG,**<br><br>                          Defendants. | Before:  Timothy C. Stanceu, Judge<br><br>Court No. 23-00201 |

**ORDER**

In the court's Order (Mar. 27, 2025), ECF No. 23, plaintiff was granted leave to file a second amended complaint, which is now before the court.  Sec. Am. Compl. (Mar. 27, 2025), ECF No. 24.  Defendants failed to file an answer to the complaint, or seek an enlargement of time to do so, within the 21-day time period provided for in USCIT Rule 12(a)(1)(B)(i).

As provided in USCIT Rule 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Upon consideration of all filings in the action, pursuant to USCIT Rule 55(a), and upon due deliberation, it is hereby

Court No. 23-00201 {{Page 2}}

      **ORDERED** that the Clerk of the Court shall enter defendants' default in this action.

                                                      /s/ Timothy C. Stanceu
                                                  Timothy C. Stanceu, Judge

Dated: May 27, 2025
         New York, New York