UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>  v.<br><br>RAYSON GLOBAL, INC. and<br>DORIS CHENG,<br><br>      Defendants. | Before: Timothy C. Stanceu, Judge<br><br>Court No. 23-00201 |

## ENTRY OF DEFAULT

  USCIT Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

  Based upon defendants' failure to file the answer within the time period the court has allowed, it is

  ORDERED that default is entered against Defendants Rayson Global, Inc. and Doris Cheng.

                      /s/ Lewis Hugh
                       Deputy Clerk

DATED: May 27, 2025
      New York, New York